UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

BLAKE TURIZO,
individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.

HEALTHFUND SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to the terms and provisions of 28 U.S.C. §§ 1441 and 1446, Defendant, Healthfund Solutions, LLC, (hereinafter "Healthfund"), by and through its undersigned counsel, hereby files this Notice of Removal in the above-styled cause to the United States District Court, Southern District of Florida, on the following grounds:

1.    On December 16, 2020, Plaintiff Blake Turizo ("Plaintiff") filed a Class Action Complaint (the "Complaint") on behalf of himself and all others similarly situated with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as Case No. CACE-20-021118 (the "State Court Action").

2.    The Complaint alleges that Defendant Healthfund violated the Telephone Consumer Protection Act ("TCPA") and in particular cites to 47 U.S.C. § 227(b) and 47 C.F.R. § 64.1200(a)(1)(iii). A copy of the Summons and Summons is attached hereto as Exhibit A and B, respectively.

3. The instant suit is one over which this Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331, as the TCPA provides federal question jurisdiction.

4. Removal is proper and TCPA cases are removable. *Duran v. Wells Fargo Bank, N.A.*, 878 F. Supp. 2d 1312, 1315–16 (S.D. Fla. 2012) ("This action was removed to this Court based on federal question jurisdiction, 28 U.S.C. § 1331, because the Complaint alleges a violation of the TCPA…. It is established that federal courts have subject matter jurisdiction over TCPA claims.")

5. The United States Supreme Court held in *Mims v. Arrow Financial Services, LLC*, 132 S. Ct 740, 748, 565 U.S. 368, 387 (2012), that "because federal law creates the right of action and provides the rules of decision…[a] TCPA claim, in [28 U.S.C.] §1331's words, plainly 'arises under' the 'laws…of the United States.'"

6. Plaintiff's claims against Defendant are based on a federal question and, thus, the case is removable by Defendant. See 28 U.S.C. §1441.

7. Defendant's registered agent was served with a copy of the Complaint and Summons on January 5, 2021. *See* Return of Service attached as Exhibit C.

8. Thirty days have not yet expired since this action became removable to this Court. Thus, this matter is timely removed pursuant to 28 U.S.C. §1446(b).

9. Defendant's time to answer, move or otherwise reply with respect to the Summons and Complaint has not yet expired.

10. There are no other defendants in this matter for whom proof of consent to removal is required.

11. By filing this Notice of Removal, Defendant does not waive any defenses or claims, including without limitation, all defenses specified in Fed. R. Civ. P. 12, or any other defense.

12.     Written notice of the filing of the Notice of Removal, on this date, has been given to Plaintiff through his attorney.  A copy of this Notice has, on this date, been filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

13.     The only pleadings served and filed in the aforementioned state court action are the Summons, Complaint, Return of Service, State Civil Cover Sheet, and Clerk's Certificate of Compliance, which are attached respectively as Exhibits A, B, C, D and E to this Notice of Removal. A copy of the state court docket is also attached as Exhibit F.

WHEREFORE, the Defendant, Healthfund Solutions, LLC, requests that this Court assume jurisdiction of this case and approve the Notice of Removal.

Dated: February 3, 2021

                                      Respectfully submitted,

*Co-Counsel for Healthfund Solutions, LLC*

BOWMAN AND BROOKE, LLP

*/s/ Shawn Libman*
Shawn Y. Libman
Fla. Bar No. 10544
Shawn.Libman@bowmanandbrooke.com
Maria.Esteva@bowmanandbrooke.com
Stephanie Simm
Fla. Bar No. 15486
Stephanie.Simm@bowmanandbrooke.com
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
Phone: 305/995-5600

*and*

WOLFE | PINCAVAGE
Douglas A. Wolfe
Fla. Bar No. 28671
doug@wolfepincavage.com
Danya J. Pincavage
Fla. Bar. No. 14616
danya@wolfepincavage.com
Jennifer Leto
Fla. Bar. No. 1026229
jennifer.leto@wolfepincavage.com
2937 SW 27th Ave., Ste. 302
Miami, FL 33133-3772
Phone: (786) 409-0800

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system and served by email to: Manuel S. Hiraldo, Esq., Hiraldo, P.A., 401 E. Las Olas Boulevard, Suite 1400, Ft. Lauderdale, Florida 33301, (mhiraldo@hiraldolaw.com) and Jibrael S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, 110 SE 6th Street, Suite 1744, Ft. Lauderdale, Florida 33301, (jibrael@jibrael1aw.com).

*Co-Counsel for Healthfund Solutions, LLC*

BOWMAN AND BROOKE, LLP

*/s/ Shawn Libman*
Shawn Y. Libman
Fla. Bar No. 10544
Shawn.Libman@bowmanandbrooke.com
Maria.Esteva@bowmanandbrooke.com
Stephanie Simm
Fla. Bar No. 15486
Stephanie.Simm@bowmanandbrooke.com
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
Phone: 305/995-5600

*and*

WOLFE | PINCAVAGE
Douglas A. Wolfe
Fla. Bar No. 28671
doug@wolfepincavage.com
Danya J. Pincavage
Fla. Bar. No. 14616
danya@wolfepincavage.com
Jennifer Leto
Fla. Bar. No. 1026229
jennifer.leto@wolfepincavage.com
2937 SW 27th Ave., Ste. 302
Miami, FL 33133-3772
Phone: (786) 409-0800